IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:18cr1 |
| MARTINES TAYLOR, | : JUDGE WALTER H. RICE |
| Defendant. | : |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 1/19/2018 |
| Jury Trial Date | 3/12/2018 |
| Final Pretrial Conference (by telephone) | **Monday, 3/5/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 2/19/2018 |
|     Other Motions | 2/26/2018 |
| Discovery Cut-off | 2/26/2018 |
| Speedy Trial Deadline | 3/13/2018 |
| Discovery out – Plaintiff to Defendant | **by close of business, Monday 1/22/2018** |

January 22, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE